### STEVEN R. KARTAGENER
ATTORNEY AT LAW

225 BROADWAY
SUITE 2700
NEW YORK, NEW YORK 10007

TELEPHONE (212) 732-9600
FAX (212) 732-6966
EMAIL SRK@Kartlaw.com

**BY ECF**

December 29, 2011

The Honorable Kiyo A. Matsumoto
United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:   United States v. Russo, et al.
      Indictment No. 11-CR-30 (KAM)
      **<u>Defendant Michael Castellano</u>**

Dear Judge Matsumoto:

   I represent defendant Michael Castellano (hereinafter "defendant") in the above-entitled criminal action. Defendant's sentencing is currently scheduled for January 23, 2012 at 11:00 a.m.

   I am writing this letter to respectfully request, with the consent of the Government, a one-month adjournment of defendant's sentencing. This is our first request for an adjournment. I have discussed this request with AUSA Allon Lifshitz, the assistant handling the case, and he consents to our request. We are still awaiting a report from an expert concerning a serious health issue confronting defendant's 5-year-old son that we wish to present to the Court as a part of our pre-sentence submission.

   Accordingly, I respectfully request that defendant's sentencing be adjourned for one month, so that we can have additional time to obtain this information.

   Thank you.

                              Respectfully submitted,

                              *[signature]*
                              Steven R. Kartagener

cc:   AUSA Allon Lifshitz