Isom Iga
P.O. Box 369
#29 Isom Shopping Plaza
Isom, Ky. 41824


Honorable U.S. District Judge Matsumoto,

We are a small business operating in eastern Kentucky the impact that Mr. Rossano and Mr. Castellano made to our business will be forever painful. The money that was stolen from my company caused severe hardship. The money was stolen at the holiday season which prevented us from purchasing product (Turkeys, Hams) that we needed to sell to our customers. The lack of cash flow put us at a great disadvantage against much larger competitors, causing our customer to shop other stores and the reduction of hours and wages for our employees.

The young man that was taken advantage of during this fraud was dismissed from his job and has not been able to find work in the management of any retail business. He is now working as a part-time janitor. His year of cost for education is completely unused in furthering is livelihood in a management position.

Restitution of $19,500.00 that was stolen for our business will enable us to upgrade our store because it has been on hold due to low operating funds. This will insure that 25 employees of a small rural grocery store will have more job security. Thank you in advance for you help.

If further information is need from me my contact:
Gwendolyn Christon
606-633-9820   Ext. #1
606-634-3013   Cell Phone


*Gwendolyn R. Christon* (signature)
Gwendolyn R. Christon