March 10, 2013

The Honorable Judge Matsumoto
Eastern District Court Judge
Brooklyn, New York.

Your Honor,

I'm writing this letter so you can understand how I feel over what I've done. I've been at MDC for over fourteen months & it's given me alot of time to think about my life, past & present.

I would like to start off by saying I'm truly sorry & embarrassed for my past conduct. The long, dark days at MDC have really made me see straight & for the first time in my life I can honestly say I'm at peace with myself as a person. I would like to apologize to the Court, Money Gram, & my entire family for my past conduct. I would like to say that the life I lived is behind me forever! I would also like to ensure the Court that this time around I will be taking my gambling & drug treatment seriously because I finally understand that it's the only way out for me. I like the focused frame of mind I'm in & want to carry it out to society with me again one day. My Son, Michael Jr.

is Autistic as you know & has regressed since my incarceration which I was more of a stranger than the positive father figure He & every child needs in their lives. It breaks my heart for what I've done to him but understand it has to be this way in order for me to get back to him & my family as healthy as I can be. I've suffered from compulsive gambling & pill taking which took control of my life. Yet, I stood in front of you & your Courtroom last July & accepted responsibility as a man, knowing you can't hide behind your problems & can only correct them. MDC, in reality, probably even saved my life Your Honor! With that said, even after spending the last fourteen months here I know I must pay my final debt to society by finishing my prison term, whatever that might be, so I'll never have to look over my shoulder ever again because that's a scary feeling & a no win situation. Being forty five & time flying by, it's about time I throw in the towel & do something productive with my life instead of chasing my tail. My dear son needs a father & provider instead of a stranger. This is the way I feel your Honor & I want to thank you for taking the time to read this.

Sincerely M. Castellano