MICHAEL CASTELLANO
     #50044054
MDC BROOKLYN
PO BOX 329002
BROOKLYN, NEW YORK 11232

DOCKET & FILE

JUNE 15th, 2012

THE HONORABLE KIYO A MATSUMOTO
UNITED STATES DISTRICT JUDGE
UNITED STATES COURTHOUSE
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11232

RE   UNITED STATES VS CASTELLANO
     INDICTMENT NO 11-CR-30 (KAM)

DEAR JUDGE MATSUMOTO:

     I'M RESPECTFULLY REQUESTING THE DOCKET SHEET &
THE JUDGEMENT & COMMITMENT OF MY SENTENCING FROM
JUNE 14th, 2012 TO PLEASE BE MAILED TO ME.

                              SINCERLY YOURS

                              Michael Castellano